UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,  Criminal No. 20-CR-20233-02

vs.  HON. BERNARD A. FRIEDMAN

BETH CARTER,

    Defendant.

_____/

**AMENDED ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE
TO SERVE RULE 17(C) SUBPOENAS DUCES TECUM**

This matter is presently before the Court on defendant's motion for leave to serve subpoenas duces tecum pursuant to Fed. R. Crim. P. 17(c) (ECF No. 283). Defendant is a doctor charged with conspiracy to possess with intent to distribute controlled substances. The controlled substances in question were allegedly procured through prescriptions written by medical professionals, including defendant.

In the instant motion, defendant argues that her "defense to these charges is, to a great extent, predicated on the authenticity of [her] signatures on the prescription forms." Mot. at 1. She therefore seeks to subpoena various pharmacies in order to review all prescription forms that she allegedly signed from September 17, 2017, through June 31, 2020. *See id*. at 1-2. Defendant adds that "upon information and belief, the documents from the listed pharmacies are not in the possession of the U.S. Attorney's office and are not procurable without a court order." *Id*. at 3. For cause shown and because the government does not oppose the relief sought,

IT IS ORDERED that defendant's motion for leave to serve Rule 17(c) subpoenas duces tecum is granted. An officer of the U.S. Marshals Service shall serve the subpoenas in accordance with Rule 17(d).

                                                       s/Bernard A. Friedman
                                                       BERNARD A. FRIEDMAN
Dated: October 8, 2021                   SENIOR UNITED STATES DISTRICT JUDGE
      Detroit, Michigan